NO. 07-02-0297-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

APRIL 10, 2003

______________________________

IVY JOHNSON,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 217
TH
 DISTRICT COURT OF ANGELINA COUNTY;

NO.  CR-22,904; HON. DAVID V. WILSON, PRESIDING

_______________________________

Before QUINN and REAVIS, JJ. and BOYD, S.J.
(footnote: 1)
 Appellant, Ivy Johnson, contends on appeal that his plea of guilty to the charge of robbery, was involuntary because it was based on misinformation provided by his counsel.  So too does he allege that this purported misinformation rendered his counsel ineffective.  We affirm the judgment of the trial court.

The identical issues and circumstances were considered by this court in Cause No. 07-02-0296-CR, styled 
Ivy Johnson v. State
.   We now overrule the issues at bar for the reasons stated in our opinion rendered this day in Cause No. 07-02-0296-CR.  

Accordingly, the judgment of the trial court is affirmed. 

Brian Quinn

   Justice        

Do not publish.

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).